**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

GARRICK LASHUN MILLER                                        PLAINTIFF

v.                                                                              No. 1:25CV86-SA-DAS

BRAD TAYLOR, ET AL.                                              DEFENDANTS

**ORDER DENYING MOTION [18] FOR
MISCELLANEOUS RELIEF**

This matter comes before the court on the plaintiff's motion [18] seeking: (1) a stay of

proceedings; (2) an extension of the deadline to effect service of process; and (3) preservation of

evidence. For the reasons set forth below, the instant motion will be denied in all respects.

The plaintiff seeks a stay in proceedings until his related petition for writ of *habeas corpus* is

resolved in the United States District Court for the Southern District of Mississippi. However, a stay

is unnecessary because the present cause of action will accrue only if he prevails on his *habeas corpus*

petition, which is currently pending. *See Heck v. Humphrey*, 512 U.S. 477, 114 S. Ct. 2364, 129 L.

Ed. 2d 383 (1994). As the limitations period on the instant case has not begun to run, a stay of

proceedings is not necessary.

Likewise, as the cause of action in this case has not accrued, the court need not issue service of

process, and there is thus no need to extend the deadline for service of process. The plaintiff's request

for such an extension will be denied.

In addition, the plaintiff has alleged no facts to support the notion that evidence relevant to this

case may be lost or destroyed; as such, his request for an order requiring preservation of evidence will

be denied.

In sum the instant motion [18] for miscellaneous relief is **DENIED** in all respects

**SO ORDERED**, this, the 13th day of January, 2026.

/s/   David A. Sanders
UNITED STATES MAGISTRATE JUDGE