IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GARRICK LASHUN MILLER                                            PLAINTIFF

v.                                                        No. 1:25CV86-SA-DAS

BRAD TAYLOR, ET AL.                                            DEFENDANTS

### FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. § 1915(g).  In addition, the plaintiff's motion [19] for a temporary restraining order is **DENIED**.

**SO ORDERED**, this, the 13th day of April, 2026.


/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE